PROB 12C
(6/16)

Report Date: October 16, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Estevan Silva | Case Number: 0980 1:15CR02055-RMP-1 |
| Address of Offender: | Sunnyside, Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 13, 2016

Original Offense:        Transfer of Firearm to Felon, 18 U.S.C. § 922(d) and 924(d)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 28, 2019 |
| Defense Attorney: | Troy J. Lee | Date Supervision Expires: February 27, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Silva is considered to be in violation of his supervised release conditions by being arrested and charged with fourth degree domestic violence assault on or about October 3, 2020.<br><br>On March 4, 2019, this officer met with Mr. Silva after he was released from custody.  Mr. Silva reviewed and signed the judgment and sentence which outlined the conditions of his term of supervised release.<br><br>On October 3, 2020, per Yakima Police Department report number 20Y039029, at approximately 4:10 p.m., officers Jordan, Graves, Cordova and Ramos were dispatched to 1600 East Chestnut Avenue (Walmart) regarding two subjects physically fighting in the parking lot.<br><br>Upon arriving in the area, officer Jordan located the vehicle involved and made a traffic stop on Yakima Avenue and 17th Street.  Officer Ramos assisted with the traffic stop. He made contact with the male passenger while officer Graves spoke with the female driver.  Officer |

Prob12C
**Re: Silva, Estevan**
**October 16, 2020**
**Page 2**

Ramos identified the male as Estevan Silva (date of birth 6-8-72). He advised Mr. Silva that he was being recorded and he stated he understood. Mr. Silva said he got into an argument with his daughter CS. The argument occurred in the Walmart parking lot. Mr. Silva was not willing to give a lot of information about the incident. Officer Ramos asked Mr. Silva if the argument got physical. Mr. Silva said everyone was fine and expressed he did not want to give any further information. Mr. Silva said CS stayed in the parking lot of Walmart.

CS called law enforcement from the Walmart parking lot and stated she wanted to report her father had assaulted her. Officer Jordan stayed with Mr. Silva and officer Ramos drove to Walmart to interview CS. Upon arrival, he noticed that CS was crying and upset. He contacted her and she stated she wanted to report that her father, Mr. Silva, had assaulted her.

CS stated she was inside the vehicle with her daughter. Mr. Silva opened the door and her daughter nearly fell out of the car. CS got upset at Mr. Silva for that. CS had loaned some money to Mr. Silva. CS was upset so she demanded her money back. Mr. Silva said he was not going to give it to her and told her to get out of the car because he was kicking her out. CS threatened to scream and yell and cause a scene until she got her money back. CS stated that Mr. Silva picked up a rock and threw it at her. The rock hit her face. Officer Ramos was unable to see any injuries on her face at that time. CS said he then grabbed her by the hair and punched her one time on the top of her head. This happened while she was still inside the vehicle. CS stated she was able to get out of the vehicle and defend herself. She said she tried to punch him a couple times but did not remember if she hit him. Officer Ramos did not see any injuries anywhere on CS. She stated the top of her head was a bit swollen, but is was not visible. CS was also concerned because she was involved in a collision recently that gave her a significant head injury. She stated Mr. Silva knows that it is dangerous for her to be hit on the head because it can be significant due to her prior injuries.

CS wrote a statement regarding the incident. Officer Ramos gave her a copy of the domestic violence (DV) resources. CS's mother was on the scene and took her home. She did not witness the incident.

Officer Ramos advised officer Jordan there was probable cause for Mr. Silva to be charged with DV assault based on the information given and the statement from CS. Officers Jordan and Cordova took Mr. Silva into custody. Officer Deloza assisted with calling a judge for probable cause and a temporary no contact order. Officer Deloza advised officer Ramos that both probable cause and the temporary no contact order were granted by the judge and Mr. Silva was booked into the Yakima City Jail.

On October 5, 2020, Mr. Silva was arraigned in Yakima Municipal Court on the charge of fourth degree domestic violence assault.

On October 6, 2020, Mr. Silva posted $2,500 bail and was released from custody pending a pretrial conference on October 26, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

Prob12C
**Re: Silva, Estevan**
**October 16, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/16/2020

Date